Hahn Loeser & Parks LLP
Michael J. Gleason (SBN 279434)
Kyle T. Overs (SBN 286158)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com
kovers@hahnlaw.com

Attorneys for Nane Jan, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEASALT DEL MAR, LP, a California limited partnership,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>FIVE GREEKS LLC, a California limited liability company d/b/a BEESALT BALCONY,<br>　　　　　　　　Defendant<br>　　and<br>NANE JAN, LLC, a Florida limited liability company,<br>　　　　　　　　Third Party Intervenor. | Case No. 3:16-CV-601-JAH-KSC<br><br>**NANE JAN, LLC'S MOTION FOR LEAVE TO INTERVENE UNDER FED. R. CIV. P. 24**<br><br>**Hon. John A. Houston**<br><br>Courtroom:　　13B<br>Hearing Date:　August 15, 2016<br>Hearing Time:　2:30 p.m. |

///
///
///
///
///
///
///
///

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on August 15, 2016 at 2:30 p.m., or as soon thereafter as this matter may be heard in the above-entitled Court located at 333 West Broadway, San Diego, California 92101, Courtroom 13B, Nane Jan, LLC hereby moves the Court for leave to intervene as a third party plaintiff under Federal Rule of Civil Procedure 24(a), or in the alternative 24(b), and to file the attached Civil Complaint against Seasalt Del Mar, LP. The motion is based on this Notice of Motion, accompanying Memorandum of Points and Authorities, proposed Civil Complaint, all records and pleadings on file in this action, and on such other facts and circumstances as the Court may consider.

Dated: June 27, 2016         HAHN LOESER & PARKS LLP

By: */s/ Kyle T. Overs*
    Kyle T. Overs, Esq.
    Attorneys for Nane Jan, LLC

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this case.

*/s/ Kvle T. Overs*
Kvle T. Overs