1  JAMES V. FAZIO, III (CSB# 183353)
   jamesfazio@sandiegoiplaw.com
2  TREVOR Q. CODDINGTON, PH.D. (CSB# 243042)
   trevorcoddington@sandiegoiplaw.com
3  SAN DIEGO IP LAW GROUP LLP
   12526 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   Telephone:  (858) 792-3446
5  Facsimile:   (858) 792-3501

6  Attorneys for Defendant,
   FIVE GREEKS LLC dba BEESALT BALCONY
7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 | SEASALT DEL MAR, LP, a California limited partnership, | CASE NO. 3:16-CV-601-JAH-KSC |
| --- | --- |
| Plaintiff, | **DEFENDANT FIVE GREEKS LLC DBA BEESALT BALCONY'S NOTICE OF JOINDER AND NON-OPPOSITION TO THIRD PARTY NANE JAN, LLC'S MOTION TO INTERVENE** |
| vs. | |
| FIVE GREEKS LLC, a California limited liability company d/b/a BEESALT BALCONY, | |
| Defendant. | **[CIV. L.R. 7.1(E)(2), 7.1(J)]** |

1  Pursuant to Civil Local Rules 7.1(e)(2) and 7.1(j), Defendant Five Greeks
2  LLC dba Beesalt Balcony ("Beesalt Balcony") hereby joins and does not oppose
3  the motion to intervene in this matter filed by third party Nane Jan, LLC, ECF No.
4  11.

Dated:  July 7, 2016          SAN DIEGO IP LAW GROUP LLP


By:/s/James V. Fazio, III
           JAMES V. FAZIO, III
           TREVOR Q. CODDINGTON

Attorneys for Defendant,
FIVE GREEKS LLC dba BEESALT BALCONY

1

3:16-CV-601-JAH-KSC