| | |
|---|---|
| 1 | JAMES V. FAZIO, III (CSB# 183353) |
| | jamesfazio@sandiegoiplaw.com |
| 2 | TREVOR Q. CODDINGTON, PH.D. (CSB# 243042) |
| | trevorcoddington@sandiegoiplaw.com |
| 3 | SAN DIEGO IP LAW GROUP LLP |
| | 12526 High Bluff Drive, Suite 300 |
| 4 | San Diego, CA 92130 |
| | Telephone:  (858) 792-3446 |
| 5 | Facsimile:   (858) 792-3501 |
| 6 | Attorneys for Defendant, |
| 7 | FIVE GREEKS LLC dba BEESALT BALCONY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEASALT DEL MAR, LP, a California limited partnership, | CASE NO. 3:16-CV-601-JAH-KSC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| FIVE GREEKS LLC, a California limited liability company d/b/a BEESALT BALCONY, | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, I electronically filed the following document(s):

**DEFENDANT FIVE GREEKS LLC DBA BEESALT BALCONY'S NOTICE OF JOINDER AND NON-OPPOSITION TO THIRD PARTY NANE JAN, LLC'S MOTION TO INTERVENE**

with the Clerk of the Court using the CM/ECF system.  A true and correct copy was served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

**CM/ECF:** Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 7, 2016 at San Diego, California.

/s/James V. Fazio
James V. Fazio